# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MILTON AND CHARMEL BROWN

VERSUS

LIGHTHOUSE EXCALIBUR
INSURANCE COMPANY AND
LOUISIANA INSURANCE GUARANTY
ASSOCIATION

NO.  2024 CW 1158

DECEMBER 5, 2024

---

In Re:    Milton Brown and Charmel Brown, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 736333.

---

BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.

**WRIT NOT CONSIDERED.** This writ application failed to comply
with Rule 4-5(C)(6), (7) and (10) of the Uniform Rules of Louisiana
Courts of Appeal, as it failed to include a copy of the judgment,
order, or ruling complained of, a copy of the judge's reasons for
judgment, order, or ruling (if written), and a copy of pertinent
court minutes.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein, and must comply with Uniform Rules
of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application
must be filed on or before 9:00 a.m. on December 6, 2024, and must
contain a copy of this ruling.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT